**Order entered September 30, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00958-CV**

**IN RE STILLWATER ABBOTT DEVELOPMENT, LLC, Relator**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-07653**

**ORDER**

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    BILL PEDERSEN, III
       JUSTICE